**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01976-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

BRIAN JACOB SHELTON, member of wezpeople advocacy group,

     Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF,
DEPUTY JAY TITEN #12033, and
MEDICAL CENTER OF ARAPAHOE COUNTY DETENTION FACILITY,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

     Plaintiff, an inmate at the Arapahoe County Detention Facility in Centennial,

Colorado, has submitted to the court a Complaint (ECF No. 1) and a Prisoner's Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24

(ECF No. 2).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the

court has determined that the documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

action.  Any papers that Plaintiff files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __      is not submitted
(2)    __      is missing affidavit
(3)    __      is missing certified copy of prisoner's trust fund statement for the 6-month
                     period immediately preceding this filing

(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    xx    is missing authorization to calculate and disburse filing fee payments
(7)    xx    is missing an original signature by the prisoner
(8)    xx    is not on proper form (must use the court's current form)
(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)  ___    other: _____.

**Complaint, Petition or Application**:
(11)  ___    is not submitted
(12)  xx    is not on proper form (must use the court's current form)
(13)  xx    is missing an original signature by the prisoner
(14)  ___    is missing page nos. ___
(15)  ___    uses et al. instead of listing all parties in caption
(16)  ___    names in caption do not match names in text
(17)  ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___    other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**. Any papers that Plaintiff files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner

Complaint forms (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice. The dismissal shall be without prejudice.

DATED September 14, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge